PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
2:06-CR-291-PMP-LRL

DOCKET NUMBER (Rec. Court)
CR08-0292

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Byron Brown<br>2734 76th Avenue<br>Oakland, CA 94605 | NEVADA | U.S. Probation Office |

| | |
|---|---|
| NAME OF SENTENCING JUDGE | Philip M. Pro |
| DATES OF SUPERVISED RELEASE | FROM 2/6/08 |

OFFENSE

Wire Fraud - in violation of 18 U.S.C. § 1343

**E-filing**

FILED MAY - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED 2008 MAY -2 PM 3:37
U.S. PROBATION OFFICE
NORTHERN DIST.
OAKLAND

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

April 9, 2008                                    /s/ Philip M. Pro
_____                          _____
Date                                             United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAY - 1 2008                                    /s/ [signature]
_____                          _____
Effective Date                                   United States District Judge